No. 90–5366. WOOD *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied.

No. 90–5367. GARZA *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 90–5368. STODDARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5370. TATLIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–5371. SINDRAM *v.* CONSUMER PROTECTION COMMISSION OF PRINCE GEORGE'S COUNTY ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 90–5373. SINDRAM *v.* ABRAMS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–5377. FOX *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5378. AUSTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5379. ANTONELLI *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 90–5384. EAST *v.* HOLMES. Ct. Crim. App. Tex. Certiorari denied.

No. 90–5388. BEAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–5389. CHADWICK *v.* ACCO-BABCOCK, INC. C. A. 4th Cir. Certiorari denied.

No. 90–5391. FIELDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5394. HOUGHTON *v.* OSBORNE ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5396. KENDRICK *v.* BLANKENSHIP, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 90–5397. MOON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.